IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC, | ) |
| *Plaintiff*, | ) |
| | ) C.A. No. 1:20-cv-00258-RGA |
| v. | ) |
| ASTON MARTIN, LLC, | ) DEMAND FOR JURY TRIAL |
| *Defendant*. | ) |

**PLAINTIFF DSPLAY TECHNOLOGIES, LLC's REQUEST TO THE CLERK
FOR ENTRY OF DEFAULT AS TO ASTON MARTIN, LLC**

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff Display Technologies, LLC ("STI" or "Plaintiff") respectfully requests that the Clerk of the Court enter the default of Defendant Aston Martin, LLC ("Defendant"). In support of this request, Display Technologies, LLC shows the following:

1. The clerk issued summonses to Defendant on February 24, 2020. On February 27, 2020 Defendant was served on the corresponding registered agent, and the proof of service was filed with the court on May 28, 2020 (Dkt. 7). *See* Dkt. 7, p. 2, Affidavit of Proof of Service.

2. Pursuant to Federal Rules of Civil Procedure 4(d) and 12 and the court's docket notice in Dkt. 7, Defendant was required to answer or otherwise respond by March 19, 2020.

3. Defendant has not filed an answer and no attorney has otherwise contacted Display Technologies, LLC or its attorneys to respond to the Complaint.

Therefore, Display Technologies, LLC requests that the Clerk of the Court enter the

default of Aston Martin, LLC for failure to file an Answer. A proposed entry of default of Aston Martin, LLC is included herewith for the Clerk's convenience.

Dated: July 7, 2020                            Respectfully submitted,

*/s/Jimmy Chong*
**JIMMY CHONG, ESQ. (#4839)**
**CHONG LAW FIRM, P.A.**
2961 Centerville Rd.
Ste 350
Wilmington, DE 19808
(302) 999-9480
chong@chonglawfirm.com

**ATTORNEYS FOR PLAINTIFF**