

# THE CHONG LAW FIRM, P.A.

Licensed in:   Delaware, New Jersey, Pennsylvania

---

July 9, 2020

The Honorable Richard Andrews
United States District Court - District of Delaware
844 N. King St.
Wilmington, DE 19801

      *Re:*    *Display Technologies, LLC v. Aston Martin, LLC*
             *Case No: 1:20-cv-00258-RGA*

Dear Judge Andrews:

    We write in response to the request by the Court on July 6, 2020 in the above captioned matter.  Plaintiff in the above referenced cases hereby informs the court that Plaintiff has filed a Request to the Clerk for Entry of Default as well as a Clerk's Entry of Default.

    We are available at the Court's convenience should Your Honor have any questions regarding the foregoing.

                                 Respectfully Submitted,

                                 */s/ Jimmy Chong*
                              **JIMMY CHONG, ESQ. (#4839)**
                              **CHONG LAW FIRM, PA**
                              2961 Centerville Rd.
                              Ste 350
                              Wilmington, DE 19808
                              (302) 999-9480
                              chong@chonglawfirm.com

---

| **WILMINGTON, DE** | **LANSDALE, PA** | **PHILADELPHIA, PA** |
| :---: | :---: | :---: |
| **Delaware Mailing Address** | **Pennsylvania Mailing Address** | **No Mail** |
| 2961 Centerville Rd. Ste 350 | 100 W. Main St. Ste 420 | 1845 Walnut Street, Suite 1300 |
| Wilmington, DE 19808 | Lansdale, PA  19446 | Philadelphia, PA  19103 |
| T. 302-999-9480 | T. 215-909-5204 | T. 215-909-5204 |

FAX FOR ALL LOCATIONS: 877-796-4627

WWW.CHONGLAWFIRM.COM

OF COUNSEL

**JAY JOHNSON** *(Pro Hac Vice Application Pending)*
**KIZZIA JOHNSON, PLLC**
1910 Pacific Ave., Suite 13000
Dallas, Texas 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com

*Counsel for Plaintiff*