IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DISPLAY TECHNOLOGIES, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 20-258-RGA |
| | : | |
| ASTON MARTIN, LLC, | : | |
| | : | |
| Defendant. | : | |

**CLERK'S ENTRY OF DEFAULT**

AND NOW TO WIT THIS 17th day of July, 2020, the Plaintiff Display Technologies, LLC has filed a Request for Entry of Default (D.I. 10).

It appearing from the request for default (D.I. 10), and the summons returned executed (D.I. 7), that service was effectuated and Aston Martin, LLC, has not answered or otherwise moved with respect to the Complaint.

Therefore, IT IS HEREBY ORDERED, in accordance with Federal Rule of Civil Procedure 55(a) that a default is hereby **ENTERED** against Aston Martin, LLC.

John A. Cerino, Clerk

By   /s/ N. Selmyer
       DEPUTY CLERK