

# THE CHONG LAW FIRM, P.A.

Licensed in: Delaware, New Jersey, Pennsylvania

---

October 23, 2020

The Honorable Richard Andrews
United States District Court - District of Delaware
844 N. King St.
Wilmington, DE 19801

    Re: *Display Technologies, LLC v. Aston Martin, LLC*
          Case No: 1:20-cv-00258-RGA

Dear Judge Andrews:

    Presently we hope that the Defendant will respond to our requests to discuss the Entry of Default however we have not been able to establish contact. Plaintiff requests an additional month so we may try to resolve the case without additional hearings. Should we be unable to make contact or resolve the case, Plaintiff will prepare to present its damages as result of the infringement.

    We are available at the Court's convenience should Your Honor have any questions regarding the foregoing.

                                     Respectfully Submitted,

                                     CHONG LAW FIRM, PA

                                     */s/ Jimmy Chong*
                                   **JIMMY CHONG, ESQ. (#4839)**
                                   2961 Centerville Rd.
                                   Ste 350
                                   Wilmington, DE 19808
                                   (302) 999-9480
                                   chong@chonglawfirm.com

**WILMINGTON, DE**
**Delaware Mailing Address**
2961 Centerville Rd. Ste 350
Wilmington, DE 19808
T. 302-999-9480

**LANSDALE, PA**
**Pennsylvania Mailing Address**
100 W. Main St. Ste 420
Lansdale, PA 19446
T. 215-909-5204

**PHILADELPHIA, PA**
**No Mail**
1845 Walnut Street, Suite 1300
Philadelphia, PA 19103
T. 215-909-5204

FAX FOR ALL LOCATIONS: 877-796-4627

WWW.CHONGLAWFIRM.COM

OF COUNSEL

**JAY JOHNSON** *(Pro Hac Vice Application Pending)*
**KIZZIA JOHNSON, PLLC**
1910 Pacific Ave., Suite 13000
Dallas, Texas 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com

*Counsel for Plaintiff*