

# THE CHONG LAW FIRM, P.A.

Licensed in:   Delaware, New Jersey, Pennsylvania

---

Novrmber 30, 2020

The Honorable Richard Andrews
United States District Court - District of Delaware
844 N. King St.
Wilmington, DE 19801

    *Re:*    *Display Technologies, LLC v. Aston Martin, LLC*
             *Case No: 1:20-cv-00258-RGA*

Dear Judge Andrews:

    We write in response to the request by the Court on November 25, 2020 in the above captioned matter.  Plaintiff in the above referenced cases hereby informs the court that Plaintiff is preparing a Motion for Default and anticipates filing its Motion by December 11, 2020.

    We are available at the Court's convenience should Your Honor have any questions regarding the foregoing.

    Respectfully Submitted,

    CHONG LAW FIRM, P.A.

    */s/ Jimmy Chong*
**JIMMY CHONG, ESQ. (#4839)**
2961 Centerville Rd., Ste 350
Wilmington, DE 19808
Tel. (302) 999-9480
chong@chonglawfirm.com

OF COUNSEL
**JAY JOHNSON** *(Pro Hac Vice Pending)*
1910 Pacific Ave., Suite 13000
Dallas, Texas 75201
(214) 451-0164
*Counsel for Plaintiff*

---

**WILMINGTON, DE**
**Delaware Mailing Address**
2961 Centerville Rd. Ste 350
Wilmington, DE 19808
T. 302-999-9480

**LANSDALE, PA**
**Pennsylvania Mailing Address**
100 W. Main St. Ste 420
Lansdale, PA  19446
T. 215-909-5204

**PHILADELPHIA, PA**
**No Mail**
1845 Walnut Street, Suite 1300
Philadelphia, PA  19103
T. 215-909-5204

FAX FOR ALL LOCATIONS: 877-796-4627

WWW.CHONGLAWFIRM.COM