## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DISPLAY TECHOLOGIES, LLC | § | |
| | § | |
| Plaintiff, | § | Case No.: 1:20-cv-258-RGA |
| | § | |
| vs. | § | |
| | § | |
| | § | |
| ASTON MARTIN, LLC, | § | Jury Trial Demanded |
| | § | |
| Defendant. | § | |
| | § | |

## MOTION FOR DEFAULT JUDGMENT

Plaintiff, Display Technologies, LLC ("DT") hereby submits this Motion For Default Judgment.

1. On February 23, 2020, Plaintiff filed its Original Complaint against Aston Martin, LLC (Dkt. 1) alleging infringement of U.S. Patent No. 9, 300,723. Defendant Aston Martin LLC was served on February 27, 2020. Defendant was required to file an answer to the complaint on March 19, 2020.

2. To date Defendant Aston Martin, LLC has not filed an answer or otherwise responded to the complaint.

3. On July 7, 2020 Plaintiff Display Technologies LLC filed its Request for Default Judgment (Dkt. 10). The court entered the Clerk's Entry of Default on July 17, 2020 (Dkt. 12). To date, Defendant has not filed an answer to the Original Complaint.

4. Plaintiff respectfully submits that damages should be calculated a reasonable royalty and that the reasonable royalty should be calculated as set forth in the Affidavit of Leigh Rothschild (Exhibit A); see paragraphs 6-9. The amount of a reasonable royalty according to this calculation is $1M.

5. At a minimum, damages should be no lower than $75,000. See Exhibit A, paragraph 9.

6. Plaintiff respectfully asks this court to enter a default judgment in favor of Plaintiff ordering Defendant to pay Plaintiff an amount of damages of $1M, but no less than $75,000.

Plaintiff further requests this Court to award Plaintiff its attorney fees and expenses incurred in pursuing this matter.

Plaintiff Scanning Technologies Innovations LLC therefore moves the Court for an order of Default Judgment.

Dated: December 11, 2020                                  Respectfully Submitted,

CHONG LAW FIRM, P.A.

*/s/ Jimmy Chong*
Jimmy Chong (No. 4839)
2961 Centerville Rd., Suite 350
Wilmington, DE 19808
(302) 999-9480
chong@chonglawfirm.com

*Attorneys for Plaintiff Display Technologies, LLC*