UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,**<br><br>**Plaintiff,**<br><br>v.<br><br>**ASTON MARTIN, LLC,**<br><br>**Defendant.** | **CASE NO. 1:20-cv-00258-RGA** |

## APPLICATION TO FILE UNDER SEAL

Plaintiff, Display Technologies, LLC ("Plaintiff" and/or "Display"), by and through its undersigned counsel and in response to the Court's May 17, 2021, Oral Order [Doc. 18] hereby files this its Application to File Under Seal. Plaintiff applies for an order permitting Plaintiff to file under seal the following Settlement and License Agreements (hereinafter collectively referred to as "Agreements"):

1) Settlement and License Agreement for Case No. 1:20-cv-00261-RGA; *Display Technologies, LLC v. Jaguar Land Rover North America, LLC*, and accompanied cover letter setting forth the dollar amount of the settlement.

2) Settlement and License Agreement for Case No. 1:18-cv-01390-RGA; *Display Technologies, LLC v. Como Audio, LLC*, and accompanied cover letter setting forth the dollar amount of the settlement.

3) Settlement and License Agreement for Case No. 1:17-cv-01427-RGA; *Display Technologies, LLC v. Pioneer & Onkyo Corporation U.S.A. Corporation*, and accompanied cover letter setting forth the dollar amount of the settlement.

## REASONS SUPPORTING RELIEF REQUESTED

Good cause exists to seal these Settlement and License Agreements. The Agreements contain confidentiality clauses such that if the documents were not filed under seal, Plaintiff might be in breach of the confidentiality clauses agreed to by the respective Parties.

## CONCLUSION

For the foregoing reason, Display Technologies, LLC respectfully requests that the Court order the Agreements filed under seal.

DATED: June 15, 2021                              Respectfully Submitted,

                                                         CHONG LAW FIRM PA

                                                         */s/ Jimmy Chong*
                                                         Jimmy Chong (#4839)
                                                         2961 Centerville Road, Suite 350
                                                         Wilmington, DE 19808
                                                         Telephone: (302) 999-9480
                                                         Facsimile: (877) 796-4627
                                                         Email: chong@chonglawfirm.com

                                                      **ATTORNEYS FOR PLAINTIFF**


                                       SO ORDERED this <u>16th</u>  day of June, 2021,

                                       <u>/s/ Richard G. Andrews</u>
                                       United States District Judge