

# THE CHONG LAW FIRM, P.A.

Licensed in:   Delaware, New Jersey, Pennsylvania

---

June 18, 2021

Honorable Richard G. Andrews
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 9, Room 6325
Wilmington, DE 19801-3555
***via CM/ECF (under seal)***

RE:   ***CONFIDENTIAL FILED UNDER SEAL PURSUANT TO COURT'S ORDER***
*Display Technologies, LLC v. Aston Martin, LLC*
Civil Action No.: 1:20-cv-00258-RGA

Dear Judge Andrews:

Pursuant to the Court's Oral Order of May 17, 2021 [Doc. 18] and the Court's Order Granting Plaintiff's Application to File Under Seal [Doc. 21], Plaintiff hereby files under seal the following Settlement and License Agreements:

1)   Case No. 1:20-cv-00261-RGA; *Display Technologies, LLC v. Jaguar Land Rover North America, LLC*.
2)   Case No. 1:18-cv-01390-RGA; *Display Technologies, LLC v. Como Audio, LLC*.
3)   Case No. 1:17-cv-01427-RGA; *Display Technologies, LLC v. Pioneer & Onkyo Corporation U.S.A. Corporation*.

Respectfully submitted,
CHONG LAW FIRM PA

*/s/ Jimmy Chong*
Jimmy Chong (#4839)
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (877) 796-4627
Email: chong@chonglawfirm.com

ATTORNEY FOR PLAINTIFF

---

**WILMINGTON, DE**
**Delaware Mailing Address**
2961 Centerville Rd. Ste 350
Wilmington, DE 19808
T. 302-999-9480

**LANSDALE, PA**
**Pennsylvania Mailing Address**
100 W. Main St. Ste 420
Lansdale, PA  19446
T. 215-909-5204

**PHILADELPHIA, PA**
**No Mail**
1845 Walnut Street, Suite 1300
Philadelphia, PA  19103
T. 215-909-5204

FAX FOR ALL LOCATIONS: 877-796-4627

WWW.CHONGLAWFIRM.COM