**EXHIBIT A**

## SETTLEMENT AND LICENSE AGREEMENT

This Settlement and License Agreement (this "Agreement") is by and between, on the one hand, Display Technologies, LLC, a Texas limited liability company with a principal place of business at 1801 NE 123rd Street, Suite 314, North Miami, FL 33161 ("Licensor") and, on the other, Jaguar Land Rover North America, LLC, a Delaware limited liability company, with a principal place of business at 100 Jaguar Land Rover Way, Mahwah, NJ 07495 ("Licensee").  The term "Parties" shall refer collectively to Licensor and Licensee and each, individually as appropriate, a "Party."





















