# EXHIBIT B

## SETTLEMENT AND LICENSE AGREEMENT

This Settlement and License Agreement (this "Agreement") is made effective as of December 19, 2018 (the "Effective Date"), by and between, on the one hand, Display Technologies, LLC, a Texas limited liability company ("Display"), with a principal place of business at 1400 Preston Road, Ste. 400, Plano, TX 75093 and on the other, Como Audio, LLC ("Licensee"), corporation, with a principal place of business at 21 Drydock Ave., 7th Floor, Ste.760W, Boston, MA 02210. The term "Parties" shall refer collectively to Display and Licensee and each, individually as appropriate, a "Party."



1























1



