# EXHIBIT C

## <u>SETTLEMENT AND LICENSE AGREEMENT</u>

This Settlement and License Agreement (this "Agreement") is entered into as of the date of the last signature set forth on the signature page below (the "Effective Date"), by and between, on the one hand, Display Technologies, LLC, a Texas limited liability company with its principal office located at 1400 Preston Rd., Suite 400, Plano, TX 75093 ("DT"), and on the other hand Onkyo Corporation, a corporation organized and existing under the laws of Japan, having its principal place of business at 2-1 Nisshin-cho, Neyagawa-shi, Osaka, 572-0028 Japan ("Onkyo"). The term "Parties" shall refer collectively to DT and Onkyo, and each, individually as appropriate, a "Party."





2





















14



