**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,**<br><br>**Plaintiff,**<br><br>v.<br><br>**ASTON MARTIN, LLC,**<br><br>**Defendant.** | **CASE NO. 1:20-cv-00258-RGA** |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Display Technologies, LLC ("Plaintiff" or "Display") files this Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Plaintiff hereby voluntarily dismisses this action against Defendant Aston Martin, LLC without prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

DATED: August 13, 2021                    Respectfully Submitted,

                                                          CHONG LAW FIRM PA

                                                          */s/ Jimmy Chong*
                                                          Jimmy Chong (#4839)
                                                          2961 Centerville Road, Suite 350
                                                          Wilmington, DE 19808
                                                          Telephone: (302) 999-9480
                                                          Facsimile: (302) 800-1999
                                                          Email: chong@chonglawfirm.com

                                                          **ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

  The undersigned certifies that all counsel of record for Defendant are being served with a copy of this document via e-filing, on August 13, 2021.

               */s/ Jimmy Chong*
               Jimmy Chong (#4839)